UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE MORAN, | CASE NO. CV 07-01057 MMM (RNBx) |
| Plaintiff, | JUDGMENT FOR DEFENDANTS |
| vs. | |
| MEAGAN BEALE, et al., | |
| Defendants. | |

On January 14, 2008 defendants Meagan Beale, Gary Schons, Robert Anderson, and California Attorney General filed a motion to dismiss. The court determined, pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, that the matter was suitable for decision without argument, and vacated the hearing date. Having carefully considered both parties arguments,

IT IS ORDERED AND ADJUDGED

1) That plaintiff Gene Moran take nothing by way of his complaint against Meagan Beale, Gary Schons, Robert Anderson, and the California Attorney General, and

2) That the action be, and it hereby is, dismissed with prejudice.

DATED: March 18, 2008

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE